IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL VINCENT | : | CIVIL ACTION |
| v. | : | |
| JAMEY LUTHER, et al. | : | NO. 19-2399 |

**ORDER**

AND NOW, this 27th day of NOV, 2019, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is placed in suspense.

3. The motion for appointment of counsel is DENIED without prejudice.

4. Petitioner and the District Attorney shall notify the court within thirty days of the conclusion of the currently pending PCRA appeal and Petitioner shall advise the court whether he seeks to pursue his habeas petition.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
_____
NITZA I. QUIÑONES ALEJANDRO, J.